

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JOSEPH A. MARUTOLLO<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-1300<br>Fax: (212) 788-9776<br>jmarutol@law.nyc.gov |

February 24, 2012

**BY E.C.F.**
Honorable Roslynn R. Mauskopf
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Nigel Roopchan v. City of New York, et al.,
      11-cv-3120 (RRM)(VVP)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, attorney for defendants. Defendants write to inform the Court that the parties have reached an agreement to settle this matter. Accordingly, defendants will forward the requisite documents to plaintiff's counsel for execution. As soon as the papers are fully executed, defendants will submit the Stipulation and Order of Settlement and Dismissal to Your Honor for endorsement and filing.

  As the parties have reached a settlement agreement, the parties also request that all pending deadlines be adjourned *sine die*.

  Defendants thank the Court for its time and consideration in this matter.

         Respectfully submitted,

         /s/

         Joseph A. Marutollo
         Assistant Corporation Counsel
         Special Federal Litigation

cc: Brett H. Klein (By E.C.F.)
   *Plaintiff's Counsel*
   Leventhal & Klein, LLP
   45 Main Street
   Suite 230
   Brooklyn, NY 11201